ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 13 2022

CLERK, U.S. DISTRICT COURT
By_____
            Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| U.S. NAVY SEALS 1-26, U.S. NAVY SPECIAL WARFARE COMBATANT CRAFT CREWMEN 1-5, U.S. NAVY EXPLOSIVE ORDNANCE DISPOSAL DISPOSAL TECHNICIAN, U.S. NAVY DIVERS 1-3<br>　　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, LLOYD AUSTIN, SECRETARY, U.S. DEPARTMENT OF DEFENSE, individually and in his official capacity as United States Secretary of Defense, UNITED STATES DEPARTMENT OF DEFENSE, CARLOS DEL TORO, individually and in his official capacity as UNITED STATES SECRETARY OF THE NAVY<br>　　　　　Defendants<br><br>MAJOR MIKE WEBB<br>　　　　　Petitioner | Civil Action No. 22-10077 |

### NOTICE OF APPEAL FROM FINAL ORDER

NOTICE IS HEREBY GIVEN:

That Major Mike Webb, Petitioner in the above referenced case, hereby presents an interlocutory appeal to the United States Court of Appeals for the Fourth Circuit Court of Appeals from the Order Denying Leave to Intervene, dated May 23, 2022.

Case: 22-10597   Document: 1   Page: 2   Date Filed: 06/15/2022
Case 4:21-cv-01236-O   Document 183   Filed 06/13/22   Page 2 of 3   PageID 5439

-2-

Respectfully submitted,

*[signature]*

Michael D. Webb, *Pro Se*
955 S. Columbus Street, #426
Arlington, Virginia 22204
Phone: (856) 220-1354
Email: GiveFaithATry@gmail.com

Dated: June 9, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June 2022, I will that I will mail this NOTICE

OF APPEAL OF FINAL ORDER by mail or email to the following parties, named in suit.

Elizabeth Prelogar, Esq.
*Acting Solicitor General*
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia 20530-0001
Telephone: (202) 514-2203
Email: Elizabeth.Prelogar@usdoj.gov

Jordan E. Pratt, Esq.
*Attorney for Plaintiffs*
First Liberty Institute
227 Pennsylvania Avenue, S.E.
Washington, District of Columbia 20003
Telephone: (202) 506-4027
Email: Jordan.Pratt@firstliberty.org

Andrew Bowman Stephens, Esq.
*Attorney for Plaintiff*
Hacker Stephens, L.L.P.
108 Wild Basin Road, S.
Austin, Texas 78746
Telephone: (512) 399-3022
Email: Andrew@HackerStephens.com

Lowell V. Sturgill Jr.
*Attorney for Defendants*
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20530
Telephone: (202) 514-2000
Email: Lowell.V.Sturgill@usdoj.gov

Ralph Shearer Northam, M.D.
*Respondent*
Children's Hospital of The King's Daughters
601 Childrens Lane
Norfolk, Virginia 23507
Telephone: (757) 668-9920

Respectfully submitted,

*[signature]*

Major Mike Webb, *Pro Se*
955 S. Columbus Street, # 426
Arlington, Virginia 22209
Phone: (856) 220-1354
Email: GiveFaithATry@gmail.com
Dated: June 9, 2022



FROM:
Fauci Virus Litigation
955 S Glebe St
#426
Arlington, VA
22204

TO:
Clerk
U.S. District Court
Northern District
of Texas
Room 310
501 W. 10th St
Fort Worth, TX
76102

RECEIVED
JUN 13 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

PRIORITY MAIL 2-DAY®

U.S. POSTAGE
$14.55
PM 2-DAY
22204 0006
Date of sale
06/09/22
06 2S
11486187

0006

RETURN RECEIPT REQUESTED
EXPECTED DELIVERY DAY: 06/13/22

501 W 10TH ST
FORT WORTH TX 76102-3637

USPS CERTIFIED MAIL®

9502 8067 1616 2160 6961 15

TRACKED • INSURED